DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
LESLIE A. KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK &WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:(415) 281-1350

Attorneys for Plaintiff
Vendio Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENDIO SERVICES, INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>Defendants. | Case No. 5:10-cv-04455 JW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Vendio Services, Inc. ("Vendio") filed this declaratory judgment action on October 1, 2010;

WHEREAS, Defendants P.S. Products, Inc. and Billy Pennington (collectively, Defendants) filed their Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, Motion to Transfer ("Motion") on October 27, 2010;

WHEREAS, Defendants' Motion is currently scheduled for hearing on December 20, 2010;

WHEREAS, Vendio is seeking jurisdictional discovery in order to support its opposition to Defendants' Motion;

WHEREAS, the parties have conferred and agreed to continue the hearing of Defendants'

STIPULATION AND [PROPOSED] ORDER CASE NO. 5:10-CV-04455 JW

1  Motion until February 14, 2010;

2  WHEREAS, the initial CMC is scheduled for December 20, 2010;

3  WHEREAS, Defendants' counsel resides in Arkansas;

4  WHEREAS, the parties agree it would be more convenient and efficient to hold the initial CMC on the same day as the hearing on Defendants' Motion;

6  ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate and agree that the hearing on Defendants' Motion should be continued until February 14, 2010 and hereby request that the initial CMC be rescheduled for that same day.

9  IT IS SO STIPULATED.

10 Dated: November 15, 2010                FENWICK & WEST LLP

                                           By: /s/ Ryan J. Marton
                                               Ryan J. Marton

                                           Attorneys for Plaintiff Vendio Services, Inc.

14 Dated: November 15, 2010                STEWART LAW FIRM

                                           By: /s/ Chris H. Stewart
                                               Chris H. Stewart

                                           Attorneys for Defendants
                                           P.S. Products, Inc. and Billy Pennington

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 18, 2010                   By: /s/ James Ware
                                               Honorable James Ware

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ryan J. Marton, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of November 2010, at San Francisco, California.

FENWICK & WEST LLP

By:  /s/ Ryan J. Marton
                    Ryan J. Marton

Attorneys for Plaintiff Vendio Services, Inc.