DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
LESLIE A. KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:(415) 281-1350

Attorneys for Plaintiff
Vendio Services, Inc.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
1/4/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENDIO SERVICES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>Defendants. | Case No.  5:10-cv-04455 JW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Vendio Services, Inc. ("Vendio") filed this declaratory judgment action on October 1, 2010;

WHEREAS, Defendants P.S. Products, Inc. and Billy Pennington (collectively, Defendants) filed their Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, Motion to Transfer ("Motion") on October 27, 2010 (Dkt. No. 15);

WHEREAS, Defendants' Motion is currently scheduled for hearing on February 14, 2011;

WHEREAS, Vendio intends to file its First Amended Complaint, attached as Exhibit A;

WHEREAS, Defendants consent to the filing of the First Amended Complaint pursuant to Federal Rule 15(a)(2);

WHEREAS, in light of the First Amended Complaint, Defendants' Motion is moot and,

STIPULATION AND [PROPOSED] ORDER    CASE NO. 5:10-CV-04455 JW

therefore, Defendants agree to withdraw that Motion;

WHEREAS, the parties have conferred and agreed that Defendants' deadline to respond to the First Amended Complaint shall be February 2, 2011;

NOW THEREFORE, IT IS STIPULATED BY THE UNDERSIGNED PARTIES that:

1. Subject to the Court's approval, the First Amended Complaint shall be filed on or before January 5, 2011 as a separate docket entry.

2. Defendants' Motion (Dkt. No. 15) is moot and hereby withdrawn; the hearing set for February 14, 2011 is VACATED. The Clerk shall terminate pending motion.

3. Defendants' deadline to respond to the First Amended Complaint is now February 2, 2011.

SO STIPULATED.

Dated:  January 3, 2011                     FENWICK & WEST LLP

                                            By:  /s/ Ryan J. Marton
                                                     Ryan J. Marton

                                            Attorneys for Plaintiff Vendio Services, Inc.

Dated:  January 3, 2011                     STEWART LAW FIRM

                                            By:  /s/ Chris H. Stewart
                                                     Chris H. Stewart

                                            Attorneys for Defendants
                                            P.S. Products, Inc. and Billy Pennington

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ryan J. Marton, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of January 2011, at San Francisco, California.

> FENWICK & WEST LLP
>
> By: /s/ Ryan J. Marton
>         Ryan J. Marton
>
> Attorneys for Plaintiff Vendio Services, Inc.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated: January 4, 2011        By: *James Ware*
                                                             Honorable James Ware