DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
LESLIE A. KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK &WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:(415) 281-1350

Attorneys for Plaintiff
Vendio Services, Inc.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
3/10/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENDIO SERVICES, INC., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>Defendants. | Case No. 5:10-cv-04455 JW<br><br>**STIPULATION JOINTLY REQUESTING A CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

   WHEREAS, Plaintiff Vendio Services, Inc. ("Vendio") filed this declaratory judgment action on October 1, 2010;

   WHEREAS, a Case Management Conference was scheduled by the Court for February 14, 2011;

   WHEREAS, pursuant to the Court's Order, on February 4, 2011, the parties submitted their Joint Case Management Conference Statement (Dkt. No. 30);

   WHEREAS, as explained in more detail in the Joint Case Management Conference Statement, the parties agree that this is not a traditional patent case warranting many of the procedures and/or disclosures otherwise required by the Patent Local Rules;

   WHEREAS, on February 9, 2011, the Court vacated the Case Management Conference

STIPULATION AND [PROPOSED] ORDER                              CASE NO. 5:10-CV-04455 JW

and issued a Scheduling Order (Dkt No. 31);

WHEREAS, the parties have conferred and agree that the current Scheduling Order includes various procedures and/or disclosures unnecessary in this litigation;

WHEREAS, the parties agree that it would be useful to have Case Management Conference with the Court to discuss the case, said procedures and/or disclosure requirements and the schedule.

NOW THEREFORE, the parties jointly request that the Court schedule a Case Management Conference in this matter on a date and time convenient to the Court and the parties.

SO STIPULATED.

Dated:  February 15, 2011          FENWICK & WEST LLP

                                   By: /s/ Ryan J. Marton
                                         Ryan J. Marton

                                   Attorneys for Plaintiff Vendio Services, Inc.

Dated:  February 15, 2011          STEWART LAW FIRM

                                   By: /s/ Chris H. Stewart
                                         Chris H. Stewart

                                   Attorneys for Defendants
                                   P.S. Products, Inc. and Billy Pennington

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ryan J. Marton, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of February 2011, at San Francisco, California.

                                          FENWICK & WEST LLP

                                          By:  /s/ Ryan J. Marton
                                                    Ryan J. Marton

                                          Attorneys for Plaintiff Vendio Services, Inc.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, a Case Management Conference is hereby scheduled for April 11, 2011 at 10:00 AM**.  On or before **April 1, 2011,** the parties shall file a Joint Statement including, *inter alia,* a detailed explanation of the need for an exceptional schedule, a good faith proposed schedule, and the specifics of this case with warrant such an exception.

Dated: March 10, 2011                           By: /s/ James Ware
                                                          Honorable James Ware