| | |
|---|---|
| 1 | **CHRIS H. STEWART,** AR State Bar No. 03-222 |
|   | arklaw@comcast.net |
| 2 | **STEWART LAW FIRM** |
|   | P.O. Box 3422 |
| 3 | Little Rock, AR 72203 |
|   | Telephone:   501.353.1364 |
| 4 | Facsimile:    501.353.1263 |
|   | *Admitted Pro Hac Vice* |

**DAVID R. OWENS,** State Bar No. 180829
dowens@owenstarabichi.com
**BRUNO W. TARABICHI,** State Bar No. 215129
btarabichi@owenstarabichi.com
**OWENS TARABICHI LLP**
111. N. Market St., Suite 730
San Jose, California 95113
Telephone:   408.298.8200
Facsimile:    408.521.2203

Attorneys for Defendants
P.S. Products, Inc. and Billy Pennington

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — /s/ James Ware — Judge James Ware — 3/17/2011]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENDIO SERVICES, INC., a Delaware corporation, | Case No. 5:10-cv-04455 JW |
|    Plaintiff, | **ORDER DENYING STIPULATION JOINTLY REQUESTING TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON THE DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual, | |
|    Defendants. | |

   WHEREAS, Plaintiff Vendio Services, Inc. ("Vendio") filed this declaratory judgment action on October 1, 2010;

   WHEREAS, a Case Management Conference was scheduled by the Court for April 11, 2011, at 10:00 a.m.;

   WHEREAS, a hearing on the Defendant's Motion to Dismiss was scheduled by the Court for April 11, 2011, at 9:00 a.m.;

   WHEREAS, the Court Ordered the parties to file a Joint Statement including a detailed

1 | explanation of the need for an exceptional schedule, a good faith proposed schedule, and the
2 | specifics of this case which warrant such an exception (the "Joint Statement") no later than April
3 | 1, 2011;
4 |     WHEREAS, the Defendant's counsel has a conflict and is unavailable to appear before the
5 | Court on the date scheduled by the Court on April 11, 2011;
6 |     WHEREAS, the parties have conferred and agree that the Case Management Conference
7 | should be continued until June 27, 2011, at 10:00 a.m.
8 |     WHEREAS, the parties have conferred and agree that the deadline for filing the Joint
9 | Statement should be continued to June 17, 2011;
10 |     WHEREAS, the parties have conferred and agree that the hearing on the Defendant's
11 | Motion to Dismiss should be continued until June 27, 2011, at 9:00 a.m.;
12 |     NOW THEREFORE, the parties jointly request that:
13 |     1. the Court continue the Case Management Conference until June 27, 2011, at 10:00 a.m.;
15 |     2. the Court continue the deadline to file the Joint Statement to June 17, 2011; and
16 |     3. the Court continue the hearing on Defendants' Motion to Dismiss until June 27, 2011, at 9:00 a.m.,
18 | SO STIPULATED.

Dated: March 15, 2011    FENWICK & WEST LLP

By: /s/ Ryan J. Marton
    Ryan J. Marton

Attorneys for Plaintiff Vendio Services, Inc.

Dated: March 15, 2011    STEWART LAW FIRM

By: /s/ Chris H. Stewart
    Chris H. Stewart

Attorneys for Defendants
P.S. Products, Inc. and Billy Pennington

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Chris H. Stewart, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of March 2011, at Little Rock, Arkansas.

STEWART LAW FIRM

By: /s/ Chris H. Stewart
  Chris H. Stewart

Attorneys for Defendants
P.S. Products, Inc. and Billy Pennington

**[PROPOSED] ORDER**

The requested stipulation is DENIED. The parties' proposed date for the hearing and the Conference extends the case beyond what the Court had anticipated when it granted the parties a Case Management conference meeting to discuss why this case should not follow the schedule as set forth in the Patent Local Rules. In addition, in light of the Court impending relocation of chambers to San Francisco, the Court would wish to address the pending dispositive Motion prior to the move.

Dated: March 17, 2011         By: _____
                                  Honorable James Ware
                                  United States District Chief Judge

3