1    DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
2    RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
3    LESLIE A. KRAMER (CSB NO. 253313)
lkramer@fenwick.com
4    FENWICK &WEST LLP
555 California Street, 12th Floor
5    San Francisco, CA 94104
Telephone: (415) 875-2300
6    Facsimile:(415) 281-1350

7    Attorneys for Plaintiff
Vendio Services, Inc.

8

9           UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11             SAN JOSE DIVISION

|  |  |
|---|---|
| 12   VENDIO SERVICES, INC., a Delaware corporation, | Case No. 5:10-cv-04455 JW |
| 13 | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANTS' MOTION TO DISMISS** |
| 14           Plaintiff,      v. |  |
| 15   P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an |  |
| 16   individual, |  |
| 17           Defendants. |  |

18

19      WHEREAS, Plaintiff Vendio Services, Inc. ("Vendio") filed its Amended Declaratory

20 Judgment Complaint on January 5, 2011 (the "Amended Complaint");

21      WHEREAS, on February 2, 2011 Defendants filed a motion to dismiss the Amended

22 Complaint and, in the alternative, to transfer to the Eastern District of Arkansas (the "Motion");

23      WHEREAS, the Motion is currently scheduled for hearing on April 11, 2011;

24      WHEREAS, the parties have been discussing settlement and expect to have the terms of

25 that settlement finalized within the next two weeks;

26      WHEREAS, in furtherance of that settlement, Defendants have agreed to withdraw the

27 Motion without prejudice to re-filing should the parties not finalize a settlement agreement;

28      WHEREAS, in the event the parties do not reach a settlement, Defendants will file their

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

responsive pleading no later than April 4, 2011;

NOW THEREFORE, the parties jointly stipulate that:

1. The Motion is hereby withdrawn without prejudice to being re-filed;

2. Should the parties not reach a settlement agreement, Defendants will file their responsive pleading to the Amended Complaint no later than April 4, 2011.

SO STIPULATED.


Dated:  March 18, 2011                      FENWICK & WEST LLP


                                            By:  /s/ Ryan J. Marton
                                                        Ryan J. Marton

                                            Attorneys for Plaintiff Vendio Services, Inc.

Dated:  March 18, 2011                      STEWART LAW FIRM


                                            By:  /s/ Chris H. Stewart
                                                        Chris H. Stewart

                                            Attorneys for Defendants
                                            P.S. Products, Inc. and Billy Pennington

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

I, Ryan J. Marton, attest that concurrence in the filing of this document has been obtained

3

from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

4

I declare under penalty of perjury under the laws of the United States of America that the

5

foregoing is true and correct.  Executed this 18th day of March 2011, at San Francisco,

6

California.

7

FENWICK & WEST LLP

8

9

By:  /s/ Ryan J. Marton

Ryan J. Marton

10

Attorneys for Plaintiff Vendio Services, Inc.

11

12

13

14

15

16

17

**[PROPOSED] ORDER**

18

19

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21

Dated: March 21, 2011

By:

22

Honorable James Ware

United States District Chief Judge

23

24

25

26

27

28

3