DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
LESLIE A. KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:(415) 281-1350

Attorneys for Plaintiff
Vendio Services, Inc.

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

3/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENDIO SERVICES, INC., a Delaware corporation,<br><br>  Plaintiff,<br>  v.<br><br>P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>  Defendants. | Case No.  5:10-cv-04455 JW<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vendio Services, Inc. hereby dismisses all claims in this action without prejudice, with each party to bear its own fees and costs.  The Clerk shall close this file.

Dated:  March 22, 2011                      FENWICK & WEST LLP

                                            By:  /s/ Ryan J. Marton
                                                 Ryan J. Marton

                                            Attorneys for Plaintiff Vendio Services, Inc.

NOTICE OF DISMISSAL                                                  CASE NO. 5:10-CV-04455 JW